SAMUEL G. SIEGEL et al., Appellants, v. HENRY M. HUEBSHMAN, Respondent.

*Contract — alleged breach of contract for sale and delivery of merchandise — limit of credit.*

*Siegel* v. *Huebshman*, 187 App. Div. 548, affirmed.

(Argued November 30, 1920; decided December 10, 1920.)

APPEAL from a judgment entered May 7, 1919, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a verdict and directing a dismissal of the complaint. The action was brought to recover damages for ·an alleged breach of a contract for the sale and delivery of merchandise, the basis of the complaint being a refusal to deliver. The defense was that the contract was subject to a limit of credit to be determined by the defendant's factors, and that by reason of the failure of the plaintiffs to pay the debts due the factors as and when the same became due, the factors refused to permit the defendant to sell the plaintiff on credit and that the goods were offered unto the plaintiffs for cash, and they refused to accept same.

*I. Maurice Wormser* and *I. Gainsburg* for appellants.

*Samuel J. Rawak* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.